In the Matter of Discovery of Assets of the Estate of HENRY HYAMS, etc. KINGS COUNTY TRUST COMPANY, as Executor, etc., Appellant, v. SOPHIE HYAMS, Respondent.— Motion for stay granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ. Settle order on notice,

In the Matter of the Application of ROBIE LAWTON MITCHELL for Admission to the Bar. (From the State of Montana.) — Application granted and order signed. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of Supplementary Proceedings. ERNEST PETRUCCI, Appellant, in Proceedings Supplementary to Execution. ALEXANDER ERCOLE, Respondent. In the Matter of the Application of ERNEST PETRUCCI, Appellant, in Proceedings Supplementary to Execution, etc.; ALEXANDER ERCOLE, Respondent, for an Order for Examination of HERBERT A. O'BRIEN, Third Party.— Motions for injunction granted as prayed for. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ. Settle order on notice.

In the Matter of the Application of GUSTAV A. REHDER for Admission to the Bar. (From the State of Iowa.) — Application granted and order signed. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

In the Matter of the Application of WALTER S. WARD for a Prohibition Order against JOSEPH MORSCHAUSER, Justice of the Supreme Court of the State of New York.— Application for alternative writ of prohibition denied, in the exercise of our discretion. The facts presented are insufficient to justify the issuance of the writ. It should be granted only in cases of extreme necessity, and where no other remedy can be had. Should these proceedings here complained of lead to the petitioner's arrest, the law affords him ample protection. (*People ex rel. Livingston* v. *Wyatt*, 186 N. Y. 383; *People ex rel. Childs* v. *Extraordinary Trial Term*, 228 id. 463; *People ex rel. Hummel* v. *Trial Term*, 184 id. 30.) Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

HENRIETTA JOHNSON, Respondent, v. ANDREW ANTONOPOULOS, Appellant.— Motion for stay of examination granted, without costs. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.